IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTOPHER ROBERT KALE,<br><br>                Plaintiff,<br><br>v.<br><br>UTAH STATE UNIVERSITY EASTERN;<br>GREG DART; SHARON JAMES,<br><br>                Defendants. | ORDER OF RECUSAL<br><br><br>Case No. 2:21-CV-46<br><br>District Judge Ted Stewart |

      I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

      DATED this 22nd day of January, 2021.

                              BY THE COURT:

                              Ted Stewart<br>
                              United States District Judge